IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIMOTHY TIMMONS,<br><br>Plaintiff,<br><br>v.<br><br>OFFICER MARTIN; UNIT MANAGER MCFARLIN; and MR. CLARK,<br><br>Defendants. | CIVIL ACTION NO.: 6:17-cv-116 |

## **ORDER**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 14. Plaintiff did not file Objections to the Report and Recommendation. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's monetary damages claims against Defendants in their official capacities and his Americans with Disabilities Act claims and **DENIES** Plaintiff *in forma pauperis* status on appeal as to these claims. Plaintiff's deliberate indifference and negligence claims remain pending.

**SO ORDERED**, this 26th day of November, 2019.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA