IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| TIMOTHY TIMMONS, | |
| Plaintiff, | CIVIL ACTION NO.: 6:17-cv-116 |
| v. | |
| OFFICER MARTIN; UNIT MANAGER ANDREW MCFARLANE; and MR. CLARK, | |
| Defendants. | |

ORDER

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, doc. 49. No party to this action filed Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **GRANTS in part** and **DENIES in part** Defendants' Motions to Dismiss and **DISMISSES** Plaintiff's state-law negligence claims. Plaintiff's Eighth Amendment claims against Defendants in their individual capacities remain pending. The Court lifts the stay imposed in the March 20, 2020 Order. Doc. 43.

**SO ORDERED**, this 17th day of September, 2020.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA